IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| DELBERT GLENN ROGERS,<br>Institutional ID No. 02634254,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA JENNINGS, *et al.*,<br><br>Defendants. | § § § § § § § § § § § § | No. 5:24-CV-49-BV |

## JUDGMENT

It is ORDERED and ADJUDGED that Plaintiff's amended complaint and all claims alleged therein are dismissed with prejudice.

**SO ORDERED** on December 17, 2025.

_____
AMANDA 'AMY' R. BURCH
**UNITED STATES MAGISTRATE JUDGE**